

# PROCESS SERVER DELIVERY DETAILS

**Date:**               Thu, Sep 16, 2021

**Server Name:**        Jacqueline Garcia

Entity Served          TARGET CORPORATION

Case Number            502021CA010636XXXXMB

Jurisdiction           FL



**EXHIBIT 2**

Filing # 134522497 E-Filed 09/14/2021 09:47:38 AM

*Q.A. #1449*
*9/16/21*
*11:37am*

IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA

**ANN MOORE HENDRICK,**

     Plaintiff,

v.

**TARGET CORPORATION,**
**A Foreign Profit Corporation,**

     Defendant.

CIVIL DIVISION

CASE NO.:

_____/

### SUMMONS

THE STATE OF FLORIDA:
To Each Sheriff of Said State:

    **YOU ARE HEREBY COMMANDED** to serve this Summons and a copy of the Complaint, Summons, Interrogatories, Request for Production and Request for Admissions in this action on Defendant:

**TARGET CORPORATION**
**c/o CT Corporation System**
**1200 S. Pine Island Road**
**Plantation, Florida 33324**

Each Defendant is required to serve written defenses to the Complaint on Plaintiff's Attorney, to wit:

Michele Waddell, Esquire
RUBENSTEIN LAW, P.A
9130 S. Dadeland Blvd, PH
Miami, FL 33156
Tel: (305) 661-6000 / Fax: (305) 670-7555

within 20 days after service of this summons on that Defendant, exclusive of the day of service, and to file the original of the defenses with the clerk of this court either before service on Plaintiffs' attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

    DATED ON: on this ____ day of <u>Sep 14 2021</u> 2021.

Clerk of Said Court

BY: *Blake Smith*
As Deputy Clerk
(Court Seal)    BLAKE SMITH

## IMPORTANT

A lawsuit has been filed against you.  You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court.  A phone call will not protect you.  Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case.  If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court and also, a default will be entered against that Defendant for the relief demanded in the Complaint or Petition. There are other legal requirements.  You may want to call an attorney right away.  If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

**If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.**

## IMPORTANTE

Usted ha sido demandado legalmente.  Tiene 20 días, contados a partir del recibo de esta notificación, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal.  Una llamada telefónica no lo protegerá.  Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el número del caso y los nombres de las partes interesadas.  Si usted no contesta la demanda a tiempo, pudiese perder el caso y podría ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal.  Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente.  Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guía telefónica.

**Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, deberá usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).**

## IMPORTANT

Des poursuites judiciares ont ete entreprises contre vous.  Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal.  Un simple coup de telephone est insuffisant pour vous proteger.  Vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause.  Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal.  Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

**Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.**

2

Filing # 134522497 E-Filed 09/14/2021 09:47:38 AM

IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA

**ANN MOORE HENDRICK,**

     Plaintiff,

v.

**TARGET CORPORATION,**               CIVIL DIVISION
**a Foreign Profit Corporation,**

                                       CASE NO.:

     Defendant.
_____/

## COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL

The Plaintiff, **ANN MOORE HENDRICK**, by and through the undersigned counsel, hereby sues the Defendant, **TARGET CORPORATION, a Foreign Profit Corporation (hereinafter "TARGET")** and alleges:

1.     This is an action for damages which exceeds Thirty Thousand Dollars ($30,000.00) exclusive of interest and costs, and otherwise within this Court's jurisdictional limits.

2.     At all times material hereto, the Plaintiff, **ANN MOORE HENDRICK**, was and is a resident of Palm Beach County, Florida, and is otherwise *sui juris*.

3.     At all times material hereto, the Defendant, **TARGET,** was and is a Foreign Profit Corporation and doing business in West Palm Beach, Palm Beach County, Florida.

4.     Venue is proper in this County in that the Defendant does business in Palm Beach County, Florida, and/or all of the acts complained of herein occurred in Palm Beach County, Florida.

5.     That on or about April 5, 2021, the Plaintiff, **ANN MOORE HENDRICK**, was a business invitee of the Defendant, **TARGET**'s premises located at 10155 Okeechobee Blvd, West Palm Beach, FL 33411.

## COUNT I - NEGLIGENCE CLAIM AGAINST TARGET

6.      Plaintiff re-alleges and restates the allegations in paragraphs 1 through 5 as if fully set forth herein.

7.      That at all times material hereto, and specifically on April 5, 2021, Defendant, **TARGET**, owned, managed, controlled, operated, and/or maintained the premises located at 10155 Okeechobee Blvd, West Palm Beach, FL 33411, in Palm Beach County.

8.      That on or about April 5, 2021, the Plaintiff, **ANN MOORE HENDRICK,** was lawfully in Defendant, **TARGET**'s premises, when, without warning, she stepped in clear liquid believed to be soap, causing her to slip and fall.

9.      That the Defendant owed to its business invitees a duty to provide a reasonably safe environment.

10.     That the Defendant, its agents, servants or employees, breached its duty owed to the Plaintiff by negligently maintaining its premises in the following manner:

        a.      By failing to maintain the floor of the premises in a reasonably safe condition, to wit, allowing liquids such as liquid soap and/or other substances to accumulate on the floor, and to prevent dangerous conditions from occurring; and/or

        b.      By failing to warn of the dangerous condition that existed at the time of the Plaintiff's incident; and/or

        c.      Failing to place barricades, wet floor signs, or other marking devices utilized to alert customers such as the Plaintiff of the dangerous condition that existed at the time of Plaintiff's incident; and/or

        d.      By failing to remove said liquid soap or other similar substance from the floor of the premises; and/or

- 2 -

e.     By failing to correct the hazardous condition of the premises when the Defendant knew or should have known that the general public visits said premises and specifically the Plaintiff herein; and/or

f.     Was otherwise negligent in the care, maintenance, and upkeep of the premises, and specifically by allowing a liquid soap and/or a similar substance to be left on the floor of the premises so as to cause the Plaintiff's injury.

11.     That the Defendant knew or in the exercise of reasonable care should have known of the existence of the hazardous and dangerous condition which constituted a dangerous condition to the Plaintiff, and the condition had existed for a sufficient length of time that the Defendant knew or should have known of the condition and could have easily remedied it; and/or

12.     That the hazardous and dangerous condition which constituted a dangerous condition to the Plaintiff occurred with such frequency that owner should have known of its existence.

13.     As a direct and proximate result of the aforementioned negligence of the Defendant, **TARGET**, the Plaintiff, **ANN MOORE HENDRICK**, slipped in liquid soap and/or a similar substance that had accumulated on the floor and sustained severe, grievous and permanent injuries, physical and mental pain and suffering, disability, physical impairment, disfigurement, mental anguish, inconvenience, loss of capacity for the enjoyment of life, loss of earnings and impairment of earning capacity and/or permanent aggravation of a pre-existing condition, and further incurred hospital bills, medical bills, and/or other bills as a result of said injuries; said injuries are either permanent or continuing in their nature and the Plaintiff, **ANN MOORE HENDRICK,** will suffer the losses into the future.

WHEREFORE, Plaintiff, **ANN MOORE HENDRICK**, hereby demands  judgment for damages, costs and interest from the Defendant, **TARGET CORPORATION, a Foreign Profit Corporation,** together with whatever other relief the Court deems just and appropriate.

### **DEMAND FOR JURY TRIAL**

The Plaintiff, **ANN MOORE HENDRICK,** hereby demands trial by jury of all issues so triable as a matter of right.

Dated: <u>September 14, 2021</u>

**RUBENSTEIN LAW, P.A.**
Attorneys for Plaintiff
250 S. Australian Ave, Suite 1000
West Palm Beach, FL 33401
Phone: (305) 661-6000
Fax: (305) 670-7555
Email: mwaddell@rubensteinlaw.com
zrodriguez@rubensteinlaw.com
eservice@rubensteinlaw.com

By:   <u>/s/ *Michele Waddell*</u>
**MICHELE WADDELL**
Florida Bar No.: 116086

- 4 -